## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALIBU MEDIA, LLC.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **VINCENT STRAUB,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 12-0763 (ESH) |

### ORDER

Proof of service of process in this case was accomplished on November 2, 2012, indicating that defendant was served on October 31, 2012. On November 26, 2012, after defendant failed to file a timely response to the complaint, the Court directed plaintiff to cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default had not been filed. The Court directed plaintiff to do so by December 10, 2012, and advised that failure to comply with the Court's Order would result in dismissal of the complaint for want of prosecution. Plaintiff has failed to comply with that Order.

Accordingly, upon consideration of plaintiff's failure to comply with the Court's Order of November 26, 2012, it is hereby

**ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23, plaintiff's complaint against defendant is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 13, 2012